IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN PONS, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>WALTER KIDDE PORTABLE EQUIPMENT INC., et al.,<br><br>  Defendants. | Case No. 23-cv-03436-MMC<br><br>**ORDER VACATING HEARING ON DEFENDANTS' MOTIONS TO DISMISS** |

Before the Court are two motions: (1) defendant Walter Kidde Portable Equipment, Inc.'s Motion, filed September 18, 2023, "to Dismiss Class Action Complaint"; and (2) defendant BRK Brands, Inc.'s Motion, filed September 18, 2023, "to Dismiss Complaint." Plaintiffs have filed a consolidated opposition to both motions, to which defendants have separately replied. Having read and considered the papers filed in support of and in opposition to the motions, the Court deems the matters appropriate for determination on the parties' respective written submissions, and hereby VACATES the hearing scheduled for December 1, 2023.

**IT IS SO ORDERED.**

Dated: December 1, 2023

MAXINE M. CHESNEY
United States District Judge