IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN PONS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>WALTER KIDDE PORTABLE EQUIPMENT INC., et al.,<br><br>    Defendants. | Case No. 23-cv-03436-MMC<br><br>**ORDER DENYING DEFENDANT KIDDE'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE** |

Before the Court is defendant Walter Kidde Portable Equipment, Inc.'s ("Kidde") Motion, filed July 9, 2024, "for Relief From Nondispositive Pretrial Order of Magistrate Judge," whereby Kidde seeks relief from an order filed June 25, 2024, "to the extent it requires Kidde to produce documents related [to] the 8th Edition of UL 217." (See Def.'s Mot. at 2:4.)

Having fully considered the matter, the Court finds Kidde has failed to show the subject order is clearly erroneous or contrary to law, and, accordingly, the Motion for Relief is hereby DENIED. See 28 U.S.C. § 636(b)(1)(A) (providing district court may reconsider magistrate judge's order where it has been shown to be "clearly erroneous or contrary to law").

**IT IS SO ORDERED.**

Dated: July 11, 2024

*[signature]*
MAXINE M. CHESNEY
United States District Judge